# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**EUGENE DAVIS**                                                              **PETITIONER**

**V.**                                         **CIVIL ACTION NO.: 1:15CV57-MPM-DAS**

**MARSHAL TURNER, ET AL.**                                       **RESPONDENTS**

## ORDER TRANSFERRING CASE TO THE
## FIFTH CIRCUIT COURT OF APPEALS

This matter comes before the Court, *sua sponte*, for consideration of the transfer of this cause. Eugene Davis has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the conviction and sentence he received in the Circuit Court of Oktibbeha County, Mississippi, for the crime of simple assault on a law enforcement officer.

Davis has filed at least one other unsuccessful § 2254 motion concerning the same sentence which he now seeks to challenge. *Davis v. Kelly*, 1:06cv270-MPM-JAD (N.D. Miss.). The Antiterrorism and Effective Death Penalty Act requires that an applicant seeking to file a second or successive petition first "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Davis has not obtained such an order. Rather than dismissing the petition on this basis, the Fifth Circuit has allowed district courts to transfer the petition for consideration pursuant to 28 U.S.C. § 2244(a) and (b)(3)(C). *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). Therefore, in the interest of justice and judicial economy, it is hereby **ORDERED**:

    1) That this petition shall be transferred to the Fifth Circuit Court of Appeals for the petitioner to seek permission to file this successive § 2254 petition;

    2) That the Clerk of Court is directed to transfer this petition and the entire record to the

Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(a) and (b)(3)(C), and *In re Epps*, 127 F.3d at 365; and

    3) That this case is **CLOSED**.

**THIS** the 30th day of March, 2015.

                                                **/s/ Michael P. Mills**
                                                **MICHAEL P. MILLS**
                                                **U.S. DISTRICT JUDGE**